Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000405
29-APR-2020
10:05 AM

NO. CAAP-19-0000405

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


JAIME A. GARCIA, Claimant-Appellant, v.
AOAO ONE WATERFRONT TOWERS, Employer-Appellee, and
DTRIC INSURANCE COMPANY, LTD., Insurance Carrier-Appellee,
and SPECIAL COMPENSATION FUND, Appellee


APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2015-269; DCD NO. 2-00-17979)


ORDER DISMISSING APPEAL
(By:  Ginoza, Chief Judge, Leonard and Hiraoka, JJ.)

Upon review of the record, it appears that:

(1) On May 23, 2019, self-represented Claimant-Appellant Jaime A. Garcia (Garcia) filed a notice of appeal;

(2) On July 22, 2019, the circuit court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before August 1, 2019, and September 3, 2019, respectively;

(3) Garcia did not file either document or request an extension of time;

(4) On April 7, 2020, the appellate clerk notified Garcia that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on April 17, 2020, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Garcia may request relief from default by motion; and

(5) Garcia took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, April 29, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Keith K. Hiraoka
Associate Judge